Hakan LANS, Plaintiff–Appellant,

v.

GATEWAY 2000, INC., Defendant–
Appellee.

No. 02–1040.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2001.

ON MOTION

DYK, Circuit Judge.

*ORDER*

Gateway 2000, Inc. moves to dismiss Hakan Lans's appeal as premature. Gateway also advises the court of the issuance of a recent decision, *Special Devices, Inc. v. OEA, Inc.*, No. 01–1201, Slip Op. (Fed. Cir. October 30, 2001) concerning the jurisdictional issues raised in its motion to dismiss. Lans responds to the submissions and agrees that, in light of *Special Devices*, his appeal is likely premature.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Joel D. GOLDHAR and Jonathon
E. Jaffe, Appellants,

v.

Daniel GOLDIN, Administrator, National Aeronautics and Space Administration, Appellee.

No. 01–1163.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2001.

ON MOTION

*ORDER*

The Administrator of the National Aeronautics and Space Administration moves to dismiss Joel D. Goldhar and Jonathon E. Jaffe's appeal for lack of jurisdiction. Appellants have not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.